**SEMMES v. UNITED STATES.**

No. M—329.

Court of Claims.
March 5, 1934.

John A. Sweeney, of Washington, D. C.
(Fred A. Woodis, of Washington, D. C., on
the brief), for plaintiff.

George H. Foster and Elizabeth B. Davis,
both of Washington, D. C., and Frank J.
Wideman, Asst. Atty. Gen., for the United
States.

Before BOOTH, Chief Justice, and
GREEN, LITTLETON, WILLIAMS, and
WHALEY, Judges.

PER CURIAM.

Upon the foregoing special findings of
fact, which are made part of the judgment
herein, the court decides as a conclusion of
law that the plaintiff is not entitled to re-
cover and the petition is therefore dismissed.
Judgment is rendered against the plaintiff in
favor of the United States for the cost of
printing the record herein, the amount there-
of to be ascertained by the clerk and collected
by him according to law.